UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jesus Rosales-Contreras ) <br> Defendant(s) et.al. ) <br> ) | 08cr2806-W <br> CRIMINAL NO. 08mj2278 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Arturo Eustacio Torres-Montanez

DATED: 8/21/08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by  R. Rhone
         Deputy Clerk

CLERK'S OFFICE COPY          ☆ U.S. GPO: 2003-581-774/70062
mc500 Crim-25 rev. 8-95