# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Jesus Rosales-Contreras<br>Defendant(s) et. al. | CRIMINAL NO. 08cr2806-W<br>08mj2278<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal ~~as a material~~ witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Veronica Patricia Lopez-Hernandez

DATED: 8/21/08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by R. Rhone

Deputy Clerk

R. Rhone

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082