

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESUS ROSALES-CONTRERAS (1),<br>CRISTIAN ALAN<br>    LOPEZ-GRACIANO (2),<br><br>    Defendants. | Criminal Case No. 08cr2806-W<br><br><u>I N F O R M A T I O N</u><br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about July 25, 2008, within the Southern District of California, defendants JESUS ROSALES-CONTRERAS and CRISTIAN ALAN LOPEZ-GRACIANO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Blancalisa Sandoval-Deleon, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: Aug 21, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:San Diego
7/30/08